IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| SPECIAL TRADING FUND, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO. 2:13-CV-01401-JFC-MPK |
| VS. | ) | |
| | ) | |
| ROBERT N. BONTEMPO, NICHOLAS P. CONSTANTAKIS, DAVID L. DENINNO,  ROBERT H. FOGLESONG, MARK E. KAPLAN, PAMELA S. PIERCE, DAVID N. WORMLEY, MICHAEL BAKER CORPORATION, CDL ACQUISITION CO. INC., D.C. CAPITAL PARTNERS, L.L.C., AND INTEGRATED MISSION SOLUTIONS, LLC, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Special Trading Fund and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: October 6, 2013               THE BRUALDI LAW FIRM, P.C.

                                     s/ Richard B. Brualdi
                                     Richard B. Brualdi (admitted *pro hac vice*)
                                     29 Broadway, Suite 2400
                                     New York, New York 10006
                                     Telephone:   (212) 952-0602
                                     Facsimile:   (212) 952-0608
                                     Email:       rbrualdi@brualdilawfirm.com

                    FEINSTEIN DOYLE PAYNE
                        & KRAVEC, LLC
Joseph N. Kravec, Jr. (PA Bar No. 68992)
Wyatt A. Lison (PA Bar No. 90030)
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile:  (412) 281-1007
Email:     jkravec@fdpklaw.com
              wlison@fdpklaw.com

***Counsel for Plaintiff Special Trading Fund***

2